Ryan Gustafson
#36650-068
FCI Jesup
Federal Correctional Institution
680 301 S.
Jesup, GA 31599

Privileged-Communication - Legal-Mail

15219-199099



Clerk of Court
Hon. Judge Hornak
U.S. District Courthouse
700 Grant St.
Pittsburgh, PA 15219